145 So. 165

### Daniel PRATT v. STATE.
### 3 Div. 36.

Supreme Court of Alabama.
Dec. 22, 1932.

Eugene Ballard, of Montgomery, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., and Frontis H. Moore, Asst. Atty. Gen., for the State.

BOULDIN, J.

Petition of Daniel Pratt for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Pratt v. State, 145 So. 163.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.